AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

U.S

v.

Alejandro Pujols

## APPEARANCE

Case Number: 1:05M154A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alejandro Pujols

I certify that I am admitted to practice in this court.

12-12-05
Date

[signature]
Signature

Edward C. Roy Jr.
Print Name | Bar Number

10 Weybossett Street, Suite 300
Address

Providence | RI | 02903
City | State | Zip Code

(401) 528-4281 | (401) 528-4285
Phone Number | Fax Number